■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CABEZA, Appellant. [951 NYS2d 406]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Rivera, Hall and Sgroi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO CASTILLO, Appellant. [951 NYS2d 405]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Skelos, Leventhal and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK DELEON, Appellant. [951 NYS2d 401]—

The defendant's valid waiver of his right to appeal precludes appellate review of his claim that his sentence was excessive (*see People v Lopez*, 6 NY3d 248, 255-256 [2006]). Rivera, J.P., Florio, Dickerson and Lott, JJ., concur.